In Re:

   Timothy G Doran
   Hong T Doran
   1116 Whitman Ct Ne
   Renton,WA 98059

Chapter 13 Case # 08-13391

SSN 1:  XXX-XX-0594

SSN 2:  XXX-XX-2610

Judge Philip H. Brandt

# Trustee's Final Report and Account

**K. Michael Fitzgerald**, **Trustee** for the above case, submits the following Final Report and Account of the administrations of the estate pursuant to 11 USC 1302 (b)(1).

**1. The case was filed on 06/01/2008 and was not confirmed .**
   **The case was *Dismissed Without Confirmation* on 01/28/2009.**

**2. The amount paid to the Trustee by or on behalf of the debtors was $2,348.75.**

**3. The Trustee made disbursements to creditors as follows:**

| Creditor Name | Class | Claimed Amount | PrincipalPaid | InterestPaid | Balance Due |
|---|---|---|---|---|---|
| Harley Davidson Credit<br>   05 Harley Davidson/ App | Secured By Boat/Rv/Cycles/ | $16,592.90 | $303.47 | $378.53 | $16,289.43 |
| Les Schwab Tire<br>   Pmsi | Secured Creditor | $1,472.65 | $0.00 | $154.96 | $1,472.65 |

**4. The following creditors recieved no disbursements:**

| Creditor Name | Class | Claimed Amount |
|---|---|---|
| Boeing Employee Cr Union<br>   Deficiency Balance | Unsecured | $8,253.68 |
| Boeing Employee Cr Union<br>   2006 Pt Cruiser/ Rfs Granted 9-15-08 | Relief Granted | $0.00 |
| Capital One | Not Filed | $0.00 |
| Comcast | Not Filed | $0.00 |
| Countrywide Home Loans Inc<br>   1116 Whitman Ct Ne/ Arm | Current 1St Mortgage | $0.00 |
| Countrywide Home Loans Inc<br>   ~12-08 / Sd= 1-09 | 1St Mortgage Delinquency | $40,483.36 |
| Ecast Settlement Corp<br>   Chase Bank | Unsecured | $867.16 |
| Employment Security Dept<br>   Lien / Plan Does Not Mention | Not Filed | $0.00 |
| Harley Davidson Financial Services | 2002 Notice | $0.00 |
| Healthcare Billing Svc | Not Filed | $0.00 |
| King Co Off Of Finance | Not Filed | $0.00 |

| Creditor | Claim Type | Amount |
|---|---|---|
| King Co Off Of Finance<br>F06~F08/ Good ~ 10-08 | Real Property Tax | $7,684.40 |
| Les Schwab Tire<br>Split Claim | Unsecured | $1,873.82 |
| Les Schwab Tire<br>Pmsi | Secured Creditor | $1,472.65 |
| Litton Loan Servicing<br>2Nd Mtg/ 1116 Whitman Ct | Paid Outside | $0.00 |
| Mccalla Raymer Llc<br>Litton Loan Servicing | 2002 Notice | $0.00 |
| Merchants Credit<br>Valley Medical | Unsecured | $364.60 |
| Merchants Credit<br>Valley Medical Center | Unsecured | $5,503.21 |
| Merchants Credit<br>Valley Medical | Unsecured | $364.60 |
| Renton Pediatrics<br>Amended Sched F / 9-8-08 | Not Filed | $0.00 |
| Roundup Funding Llc<br>Eddie Bauer/ Wfnnb | Unsecured | $507.17 |
| Routh Crabtree Olsen Ps<br>Countrywide Home Loans | 2002 Notice | $0.00 |
| Torrey Pines Bank<br>Valley Medical Center | Not Filed | $0.00 |
| Us Treasury/Irs<br>I97,00,02~04/ Penalty | Unsecured | $3,750.44 |
| Us Treasury/Irs | Notice Only | $0.00 |
| Us Treasury/Irs<br>Ei05 / M32 | Estimated Irs Debt | $6,064.58 |
| Us Treasury/Irs<br>I04 | Irs | $939.41 |
| Valley Womens Clinic | Unsecured | $4,145.23 |
| Washington Mutual | Not Filed | $0.00 |
| World Financial Network | Not Filed | $0.00 |

## 5. Summary of Disbursements:

| | Secured | Priority | Unsecured | Total |
|---|---|---|---|---|
| Claim Amount | $66,233.31 | $7,003.99 | $25,629.91 | $98,867.21 |
| Principal Paid | $303.47 | $0.00 | $0.00 | $303.47 |
| Interest Paid | $533.49 | $0.00 | $0.00 | $533.49 |

**6. Costs of Administration:**

The Debtors' attorney was allowed $1,350.00 and was paid $0.00.

The Trustee was paid $140.00 pursuant to 11 USC 1302.

Refunds to debtor total $1,097.79.

The current balance on hand in the case is $0.00

The filing fee paid to the clerk     $274.00

/s/ *K. Michael Fitzgerald*

CM052                                          K. Michael Fitzgerald

**CC: Debtors'Attorney**

> M Wayne Boyack
> 720 3Rd Ave Ste 1400
> Seattle,WA 98104